# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY EDWARD VENOSH,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-1294 |
| v. | : | (JUDGE MANNION) |
| **NANCY A. BERRYHILL, Acting Commissioner of Social Security,** | : | |
| | : | |
| Defendant | | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Saporito, **(Doc. 11)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's appeal of the final decision of the Commissioner partially denying his claims for DIB and SSI benefits, **(Doc. 1)**, is **DENIED**, and the Commissioner's decision is **AFFIRMED**;

**(3)** the plaintiff's objections to the report of Judge Saporito, **(Doc. 12)**, are **OVERRULED**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 19, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1294-01-ORDER.wpd